Steven Stern, Esq.
Arizona Bar No. 020022
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: sstern@mileslegal.com
File No. 13-90537

Attorneys for Movant,
CONSUMER PORTFOLIO SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| MARC BEILIN AND EVY BEILIN, | Case No.: 2:13-BK-18311-MCW |
| Debtor(s). | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant, | |
| vs. | |
| MARC BEILIN AND EVY BEILIN, Debtor; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

### AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, AN ORDER FOR ADEQUATE PROTECTION

Movant, CONSUMER PORTFOLIO SERVICES, INC., by and through its attorney, Steven Stern, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, hereby moves this Court, pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001, for an Order terminating the Automatic Stay so that Movant may commence and continue all acts

1

necessary to secure possession of the subject Vehicle. In support of its Motion, Movant represents as follows:

Debtor filed a Petition for Relief pursuant to Chapter 13 of the Bankruptcy Code on October 21, 2013.

Movant is the lienholder on a 2009 Kia Borrego- V6, VIN# KNDJH741495038579 ("Vehicle"), held by the Debtor. A true and correct copy of the Contract is attached hereto as **Exhibit "A"** and a true and correct copy of the Title, showing Movant as the lienholder, is attached hereto as **Exhibit "B"**.

Pursuant to the Contract, Debtor is obligated to make monthly payments in the amount of $639.58 on the 2nd day of each month.

Debtor has failed to make the payments to Movant and is in default for the September 2, 2012 payment.

The present wholesale value of the Vehicle is $15,775.00 and the present net balance owed under the Contract is $26,299.72. Debtor has no equity in the Vehicle and is not making monthly contract payments.

By virtue of the automatic stay provision of Section 362 of the Bankruptcy Code, Movant has been stayed from pursuing its rights of recovery or possession under **Exhibit "B"** hereto.

Movant has incurred attorney fees and costs in the amount of $350.00 in seeking adequate protection of its interests and/or relief from the automatic stay.

Pursuant to Section 362(d) of the Bankruptcy Code, the Court, on request of any party in interest, may grant relief from the automatic stay either for cause or where the Debtor lacks equity in the property and the property is not necessary for an effective reorganization. Such relief is appropriate in this case since the Debtor has failed to make monthly payments (pre-

2

Case 2:13-bk-18311-MCW    Doc 30    Filed 04/18/14    Entered 04/18/14 14:01:57    Desc
Main Document    Page 2 of 10

petition) required under the Contract. Thus Movant is without adequate protection and relief from stay should be granted.

WHEREFORE, Movant prays that:

(1) The automatic stay pursuant to Section 362 be terminated as to Debtor, so as to allow Movant to exercise all its rights and remedies available under the Contract and other applicable law, or in the alternative, that this Court issue an Order of Adequate Protection to preserve Movant's interests in the subject Vehicle, with a waiver of the 14-day waiting period of Bankruptcy Rule 4001(a)(3).

(2) In the event of failure of Debtor to pay for the use of the Vehicle, that Debtor be directed to surrender possession thereof to Movant within 5 days of the entry of Order granting relief.

(3) Pursuant to Section 363(e), that Movant's interest in the Vehicle be given adequate protection.

Dated: 4-18-14

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: _____
Steven Stern, Esq.
Attorney for Movant

13-90537/azcarmrs.dot/pha

3

# EXHIBIT A

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

**REDACTED**

Buyer Name and Address:
EYY D BEILIN
9026 S 6TH ST
PHOENIX, MARICOPA, AZ 85042

Creditor-Seller (Name and Address):
ABC NISSAN LP
1300 E. CAMELBACK RD
PHOENIX, AZ 85014

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2009 | NISSAN | 81587 | 1N23474;495038579 | personal |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 21.95 % | $20795.90 | $25253.85 | $46049.75 | $48176.75 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 639.50 | Monthly beginning 05/07/2012 |

### Itemization of Amount Financed
1. Cash Price of Motor Vehicle (including accessories, if any) — $24619.00
   B. Sales Tax — 1920.16
   ...
   Total Cash Price — $25264.36

2. Total Downpayment
   Trade-in: 2003 NISSAN XTERRA
   Gross Trade-In Allowance — 1000.00
   Less Pay Off Made By Seller — 3673.00
   Payoff Net Trade-in — -3273.00
   + Cash — 1800.00
   Total Downpayment — -1123.00

3. Unpaid Balance of Cash Price — 24623.36
...

Total — $316.50
Amount Financed — $25253.85

## FOR USED VEHICLES ONLY

The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier...

## WARRANTIES

## NO COOLING OFF PERIOD

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract, and retain its right to receive a part of the Finance Charge.

YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW.

Buyer signed: 03/23/2012
Seller: ABC NISSAN LP — 03/23/2012

ORIGINAL LIENHOLDER



# EXHIBIT B

Release

**Duplicate Title**
Request Date:         Action Date:
Status:               Last Worked By:
State: Required State Forms:
Reason                Requesting Dept:
Operations Code:      Billable: ☐

**Follow Up**
**Client Activities**

**Direct Lending Services**

**Additional Documents**
Additional Documents do not exist for this account

## Title                                                                    Actions»

VIN/HIN: KNDJH741495038579   State: AZ   Title Number: REDACTED    **Title-Electronic**
Year: 2009  Make/Builder: KIA   Model: 4DSW                         Perfecting

**Overview**
Owner(s): EVY D BEILIN        Closed Date:
Lienholder: CPS INC           Closed Reason:
Match Type: AUTOMATIC         Document Location:
Match Date: 4/24/2012
Issuance Date: 4/23/2012
Imported Date: 4/24/2012

**Owners**

| Type   | Name         | Address         | City    | State/Province | Postal Code |
|--------|--------------|-----------------|---------|----------------|-------------|
| Person | EVY D BEILIN | 9025 S 6TH STREET | PHOENIX | AZ           | 85042       |

**Property**
Odometer Reading: 41587        Branding:
Odometer Accuracy:             # of Passengers
Odometer Reading Date:         # of Cylinders
Miles/Kilometers: Miles        # of Doors
Body:                          Equipment Number:
Owner EIN/FID: D04928766       Prev. Titling State: IL
Title Type: Original           Prev. Title Number: REDACTED
Model Number: 4DSW
Vehicle MSRP: 028295

**Liens**

| Name | Address | Lienholder ID | Lien Date |
|------|---------|---------------|-----------|
|      |         |               |           |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| MARC BEILIN AND EVY BEILIN, | Case No.: 2:13-BK-18311-MCW |
| Debtor(s). | |
| CONSUMER PORTFOLIO SERVICES, INC., | **FORM OF ORDER** |
| Movant, | |
| vs. | |
| MARC BEILIN AND EVY BEILIN, Debtor; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

**ORDER TERMINATING THE AUTOMATIC STAY**

The Motion for Relief having been properly served, with no opposition filed herein, Movant makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is extinguished for all purposes as to Movant, CONSUMER

1

PORTFOLIO SERVICES, INC., its assignees and/or successors in interest with respect to the subject Property generally described as a **2009 Kia Borrego- V6, VIN#KNDJH741495038579**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to Section 362 be terminated as to Debtor, so as to allow Movant to exercise all its rights and remedies available under the Contract and other applicable law, or in the alternative, that this Court issue an Order of Adequate Protection to preserve Movant's interests in the subject Vehicle, with a waiver of the 14-day waiting period of Bankruptcy Rule 4001(a)(3).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event of failure of Debtor to pay for the use of the Vehicle, that Debtor be directed to surrender possession thereof to Movant within 5 days of the entry of Order granting relief.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Section 363(e), that Movant's interest in the Vehicle be given adequate protection.

**DATED AND SIGNED ABOVE**

13-90537/azcarord.dot/pha