Steven Stern, Esq.
Arizona Bar No. 020022
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: sstern@mileslegal.com
File No. 13-90537

Attorneys for Movant,
CONSUMER PORTFOLIO SERVICES, INC.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| MARC BEILIN AND EVY BEILIN, | Case No.: 2:13-BK-18311-MCW |
| Debtor(s). | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant, | |
| vs. | |
| MARC BEILIN AND EVY BEILIN, Debtor; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:   DEBTOR:   Marc Beilin and Evy Beilin
      ATTORNEY FOR DEBTOR:   Adam E. Hauf
      TRUSTEE:   Russell A. Brown
      ALL PARTIES OF INTEREST

NOTICE IS HEREBY GIVEN that CONSUMER PORTFOLIO SERVICES, INC. has filed a Motion for Relief from the Automatic Stay, or in the alternative, for adequate protection.

1

FURTHER NOTICE IS GIVEN that pursuant to Local Rule 4001, if no written objection is filed with the United States Bankruptcy Court, 230 North First Avenue, Phoenix, AZ 85003, and a copy served on attorneys for Movant whose address is:

    MILES, BAUER, BERGSTROM & WINTERS, LLP
    Steven Stern, Esq.
    2200 Pasco Verde Pkwy., Suite 250
    Henderson, NV 89052

WITHIN FOURTEEN (14) DAYS of the date on which this notice is mailed, CONSUMER PORTFOLIO SERVICES, INC.'S Motion for Relief from the Automatic Stay may be granted without further hearing.

Dated: 4-18-14

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: _____
    Steven Stern, Esq.
    Attorney for Movant

13-90537/azcarnom.dot/pha

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on April 18, 2014, a copy of Movant's **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** and **AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, AN ORDER FOR ADEQUATE PROTECTION**; and **FORM OF ORDER** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTORS:
Marc Beilin
Evy Beilin
9025 S 6th St
Phoenix, AZ 85042-7655

ATTORNEY FOR DEBTORS:
Adam E. Hauf
The Law Office of Adam Hauf
5400 West Northern Avenue
Suite 103
Glendale, AZ 85301

CHAPTER 13 TRUSTEE:
Russell A. Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965

U.S. TRUSTEE:
Office of the U.S. Trustee
230 North First Avenue Suite 204
Phoenix, AZ 85003

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

13-90537/azcarnom.dot/pha